UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAREK SOBOLEWSKI,<br> Plaintiff | )<br>)<br>) |
| v. | ) C.A. No. 10-cv-30013-MAP<br>) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security Administration,<br> Defendant | )<br>)<br>)<br>) |

## ORDER OF DISMISSAL

July 26, 2010

**PONSOR, D.J.**

On May 26, 2010, the court order Plaintiff in this Social Security case to file his motion for an order reversing the decision of the Commissioner no later than July 12, 2010. No motion has been filed in compliance with the court's order.

Based on the violation of this order, and for failure to prosecute, this case is hereby ordered DISMISSED. The file may now be closed.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge