# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAREK SOBOLEWSKI, ) <br> Plaintiff(s) ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, Commissioner ) <br> of Social Security Administration, ) <br> Defendant(s) ) | CIVIL ACTION NO. 3:10-30013-MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal pursuant to the court's order of dismissal entered this date, dismissing this case for failure to prosecute.

                    **SARAH A. THORNTON**,
                    CLERK OF COURT

Dated:  July 26, 2010            By  /s/ *Maurice G. Lindsay*
                    Maurice G. Lindsay
                    Deputy Clerk


(Civil Judgment of Dismissal (SSA).wpd - 11/98)
      [jgm.]